## LAMAR BATH HOUSE CO. et al. v. CITY OF HOT SPRINGS et al.

No. 791. Decided May 25, 1959.

*William M. Clark* and *Richard C. Butler* for appellants.
*James W. Chesnutt* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. v. ILLINOIS et al.

No. 793. Decided May 25, 1959.

*Edwin R. Eckersall* and *R. K. Merrill* for appellant.

*Latham Castle,* Attorney General of Illinois, and *Harry R. Begley,* Special Assistant Attorney General, for the State of Illinois and the Illinois Commerce Commission, and *S. Ashley Guthrie* and *Francis D. Fisher* for the Milwaukee Road Commuters' Association, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.